# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re:    ANCHETA, MICHAEL ROBERT   §    Case No. 12-21269
        §
        §
Debtor(s)        §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ILENE F. GOLDSTEIN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

      219 South Dearborn Street, Room 710
      Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee.   If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held  at **12/13/2013 at 1:30 pm at the North Branch Court (Round Lake Beach) at 1792 Nicole Lane , Round Lake Beach, Illinois 60073**.   If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  10/16/2013            By:   /s/ Ilene F. Goldstein
                                                    Trustee


ILENE F. GOLDSTEIN
900 Skokie Blvd
Suite 128
Northbrook, IL  60062
(847) 562-9595

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| In re: ANCHETA, MICHAEL ROBERT | § | Case No. 12-21269 |
|---|---|---|
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 27,092.94 |
| *and approved disbursements of* | $ | 400.21 |
| *leaving a balance on hand of* [1] | $ | 26,692.73 |

| | **Balance on hand:** | $ | 26,692.73 |
|---|---|---|---|

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 5 | Wells Fargo Bank, N.A. | 89,652.12 | 0.00 | 0.00 | 0.00 |

| | Total to be paid to secured creditors: | $ | 0.00 |
|---|---|---|---|
| | Remaining balance: | $ | 26,692.73 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - ILENE F. GOLDSTEIN | 3,459.29 | 0.00 | 3,459.29 |
| Attorney for Trustee, Fees - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 2,905.00 | 0.00 | 2,905.00 |
| Attorney for Trustee, Expenses - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 37.00 | 0.00 | 37.00 |

| | Total to be paid for chapter 7 administration expenses: | $ | 6,401.29 |
|---|---|---|---|
| | Remaining balance: | $ | 20,291.44 |

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 20,291.44 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 20,291.44 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 201,476.10 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 10.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 2,094.11 | 0.00 | 210.91 |
| 2 | Midland Funding LLC | 185.56 | 0.00 | 18.69 |
| 3 | BACK BOWL I LLC, SERIES C | 9,073.64 | 0.00 | 913.84 |
| 4 | Attorney's Title Insurance Fund, Inc., successfor | 171,631.39 | 0.00 | 17,285.66 |
| 6 | Dept of Education | 14,819.06 | 0.00 | 1,492.48 |
| 7 | FIA CARD SERVICES, N.A. | 3,672.34 | 0.00 | 369.86 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 20,291.44 |
| Remaining balance: | $ | 0.00 |

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|----------|----------|------------------------|--------------------------|------------------|
| None | | | | |

|  |  |  |
|--|--|--|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|----------|----------|------------------------|--------------------------|------------------|
| None | | | | |

|  |  |  |
|--|--|--|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Prepared By:  /s/ILENE F. GOLDSTEIN

ILENE F. GOLDSTEIN
900 Skokie Blvd
Suite 128
Northbrook, IL  60062
(847) 562-9595

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 12-21269-ABG
Michael Robert Ancheta                                             Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1        User: cgreen         Page 1 of 2        Date Rcvd: Nov 12, 2013
                           Form ID: pdf006       Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 14, 2013.
```
db        +Michael Robert Ancheta,   222 Thornapple Ct,   Buffalo Grove, IL 60089-6797
18955364  +American Express,   Acct. No. 80120860,   Po Box 981540,   El Paso, TX 79998-1540
19009708  +American Express,   American Express Special Research,   Po Box 981540,   El Paso, TX 79998-1540
19423698  +Attorney's Title Insurance Fund, Inc., successor,   c/o Melissa Lettiere,
            Stahl Cowen Crowley Addis LLC,   55 W. Monroe, Suite 1200,   Chicago, IL 60603-5127
18955365   Bank Of America,   Acct. No. 12078020,   4060 Ogletown/Stanton Rd,   Newark, DE 19713
18955366  +Bruce Miller,   c/o Stahl Cowen,   55 W Monroe, Ste 1200,   Chicago, IL 60603-5127
18955370  ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
            (address filed with court: Citibank Na,   Acct. No. 723244,   Po Box 20363,
            Kansas City, MO 64195)
18955367  +Capital One Bank (USA) N.A.,   Acct. No. 12871150,   Po Box 30285,
            Salt Lake City, UT 84130-0285
19009709  +Capital One, N.a.,   Capital One Bank (USA) N.A.,   Po Box 30285,   Salt Lake City, UT 84130-0285
18955368  +Chase,   Acct. No. 72239500,   Po Box 15298,   Wilmington, DE 19850-5298
19009710   Chase Visa,   N/a,   Wilmington, DE 19886-5153
18955369  +Citibank,   Acct. No. 3931000,   PO Box 790110,   St. Louis, MO 63179-0110
19009713  +Citibank Visa,   PO Box 790110,   St Louis, MO 63179-0110
19710275   Dept of Education,   FedLoan Servicing,   P.O. Box 69184,   Harrisburg, PA 17106-9184
18955373   Dsnb Macys,   Acct. No. 403459220,   911 Duke Blvd,   Mason, OH 45040
20170547   FIA CARD SERVICES, N.A.,   4161 Piedmont Parkway,   NC4 105 03 14,   Greensboro, NC 27410
19009716  +Fed Loan,   PO Box 69184,   Harrisburg, PA 17106-9184
18955374  +Fed Loan Serv,   Acct. No. 05FD00001,   Po Box 69184,   Harrisburg, PA 17106-9184
18955376  +Hsbc/carsn,   Acct. No. 964191,   Po Box 5253,   Carol Stream IL 60197-5253
19927088   Midland Funding LLC,   By its authorized agent Recoser, LLC,   25 SE 2nd Ave, Suite 1120,
            Miami, FL 33131-1605
18955377   Wells Fargo,   Acct. No. 44149,   PO Box 6423,   Carol Stream IL 60197-6423
19461649  +Wells Fargo Bank, N.A.,   Attention: Bankruptcy Department,   MAC #D3347-014,
            3476 Stateview Blvd.,   Fort Mill, SC 29715-7203
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
19244458  +E-mail/Text: bncmail@w-legal.com Nov 13 2013 02:36:56    BACK BOWL I LLC, SERIES C,
            C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
18987458   E-mail/PDF: mrdiscen@discoverfinancial.com Nov 13 2013 02:43:47    Discover Bank,
            DB Servicing Corporation,   PO Box 3025,   New Albany, OH  43054-3025
18955372  +E-mail/PDF: mrdiscen@discoverfinancial.com Nov 13 2013 02:43:47    Discover Fin,
            Acct. No. 80127330,   Po Box 3025,   New Albany, OH 43054-3025
19009715  +E-mail/PDF: mrdiscen@discoverfinancial.com Nov 13 2013 02:43:47    Discover Fin,
            Attention: Bankruptcy Department,   Po Box 3025,   New Albany, OH 43054-3025
19022311   E-mail/PDF: rmscedi@recoverycorp.com Nov 13 2013 02:44:14    GE Capital Retail Bank,
            c/o Recovery Management Systems Corp,   25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
18955375   E-mail/PDF: gecsedi@recoverycorp.com Nov 13 2013 02:41:42    Gemb/banana Rep,
            Acct. No. 66964920,   Po Box 103104,   RoswellGA 30076-9104
19009717  +E-mail/PDF: gecsedi@recoverycorp.com Nov 13 2013 02:41:42    Gemb/banana Rep,   Attn: Bankruptcy,
            Po Box 103104,   Roswell, GA 30076-9104
19927089   E-mail/PDF: rmscedi@recoverycorp.com Nov 13 2013 02:44:14
            Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
            Miami, FL 33131-1605
                                                                              TOTAL: 8
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty        The law offices of ILene F Goldstein
19009714   Discover,   N/a,   n/a, DE
19009718   LL Bean Visa,   n/a,   n/a, DE
19034226   Rene Mendoza
19009711* ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
            (address filed with court: Citibank Na,   Attn.: Centralized Bankruptcy,   Po Box 20363,
            Kansas City, MO 64195)
18955371* ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
            (address filed with court: Citibank Sd, Na,   Acct. No. 17123020,   Po Box 20507,
            Kansas City, MO 64195)
19009712* ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
            (address filed with court: Citibank Sd, Na,   Attn: Centralized Bankruptcy,   Po Box 20507,
            Kansas City, MO 64195)
                                                                  TOTALS: 4, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1          User: cgreen              Page 2 of 2              Date Rcvd: Nov 12, 2013
                             Form ID: pdf006            Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 14, 2013                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 11, 2013 at the address(es) listed below:
          Brett M Scheive   on behalf of Debtor Michael Robert Ancheta bscheive@scheivelaw.com,
           brett@hlsfirm.com
          Glenn B Stearns   on behalf of Trustee Glenn B Stearns mcguckin_m@lisle13.com
          Ilene F Goldstein   on behalf of Trustee Ilene F Goldstein, ESQ ifgolds@aol.com,  il35@ecfcbis.com
          Ilene F Goldstein, ESQ   on behalf of Trustee Ilene F Goldstein, ESQ ifgcourt@aol.com,
           IL35@ecfcbis.com
          Ilene F Goldstein, ESQ   ifgcourt@aol.com,  IL35@ecfcbis.com
          Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
                                                                              TOTAL: 6
```