**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In re: ANCHETA, MICHAEL ROBERT § Case No. 12-21269
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

ILENE F. GOLDSTEIN AS TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $152,928.00            Assets Exempt: $58,600.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $20,291.44        Claims Discharged
                                                    Without Payment: $181,184.66

Total Expenses of Administration: $6,801.50

---

3) Total gross receipts of $ 27,092.94 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $27,092.94 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $89,652.12 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 6,801.50 | 6,801.50 | 6,801.50 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 201,476.10 | 201,476.10 | 20,291.44 |
| **TOTAL DISBURSEMENTS** | $0.00 | $297,929.72 | $208,277.60 | $27,092.94 |

    4) This case was originally filed under Chapter 7 on May 24, 2012. The case was pending for 18 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/11/2014           By: /s/ILENE F. GOLDSTEIN AS TRUSTEE
                                                       Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Savings Account: 9461 | 1129-000 | 18,726.00 |
| Savings Account: 4231 | 1129-000 | 8,366.94 |
| **TOTAL GROSS RECEIPTS** | | **$27,092.94** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | Wells Fargo Bank, N.A. | 4110-000 | N/A | 89,652.12 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$89,652.12** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ILENE F. GOLDSTEIN | 2100-000 | N/A | 3,459.29 | 3,459.29 | 3,459.29 |
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 3110-000 | N/A | 2,905.00 | 2,905.00 | 2,905.00 |
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 3120-000 | N/A | 37.00 | 37.00 | 37.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 41.51 | 41.51 | 41.51 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | N/A | 24.58 | 24.58 | 24.58 |
| Rabobank, N.A. | 2600-000 | N/A | 36.27 | 36.27 | 36.27 |
| Rabobank, N.A. | 2600-000 | N/A | 37.49 | 37.49 | 37.49 |
| Rabobank, N.A. | 2600-000 | N/A | 41.31 | 41.31 | 41.31 |
| Rabobank, N.A. | 2600-000 | N/A | 39.95 | 39.95 | 39.95 |
| Rabobank, N.A. | 2600-000 | N/A | 36.03 | 36.03 | 36.03 |
| Rabobank, N.A. | 2600-000 | N/A | 42.41 | 42.41 | 42.41 |
| Rabobank, N.A. | 2600-000 | N/A | 38.50 | 38.50 | 38.50 |
| Rabobank, N.A. | 2600-000 | N/A | 37.16 | 37.16 | 37.16 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $6,801.50 | $6,801.50 | $6,801.50 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | N/A | 2,094.11 | 2,094.11 | 210.91 |
| 2 | Midland Funding LLC | 7100-000 | N/A | 185.56 | 185.56 | 18.69 |
| 3 | BACK BOWL I LLC, SERIES C | 7100-000 | N/A | 9,073.64 | 9,073.64 | 913.84 |
| 4 | Attorney's Title Insurance Fund, Inc., successfor | 7100-000 | N/A | 171,631.39 | 171,631.39 | 17,285.66 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | Dept of Education | 7100-000 | N/A | 14,819.06 | 14,819.06 | 1,492.48 |
| 7 | FIA CARD SERVICES, N.A. | 7100-000 | N/A | 3,672.34 | 3,672.34 | 369.86 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $201,476.10 | $201,476.10 | $20,291.44 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-21269  
**Case Name:** ANCHETA, MICHAEL ROBERT  

**Period Ending:** 04/11/14  

**Trustee:** (330290)   ILENE F. GOLDSTEIN AS TRUSTEE  
**Filed (f) or Converted (c):** 10/15/12 (c)  
**§341(a) Meeting Date:** 12/07/12  
**Claims Bar Date:** 04/10/13  

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1   Residence: Condominium, Location: 222 Thornapple  Imported from Amended Doc#: 18 | 80,000.00 | 0.00 | | 0.00 | FA |
| 2   Checking Account: 3244  Imported from Amended Doc#: 18 | 28.00 | 28.00 | | 0.00 | FA |
| 3   Savings Account: 9461  Imported from Amended Doc#: 18 | 18,726.00 | 18,726.00 | | 18,726.00 | FA |
| 4   Savings Account: 4231  Imported from Amended Doc#: 18 | 13,273.00 | 13,273.00 | | 8,366.94 | FA |
| 5   Furnishings of a condominium  Imported from Amended Doc#: 18 | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 6   1 man's wardrobe  Imported from Amended Doc#: 18 | 500.00 | 0.00 | | 0.00 | FA |
| 7   Retirement: work 401 k  Imported from Amended Doc#: 18 | 46,000.00 | 0.00 | | 0.00 | FA |
| 8   Retirement: 401 K  Imported from Amended Doc#: 18 | 3,300.00 | 0.00 | | 0.00 | FA |
| 9   Tax Refund: Fed and State IRS  Imported from Amended Doc#: 18 | 1,100.00 | 1,100.00 | | 0.00 | FA |
| 10  Auto: 1968 Camaro  Imported from Amended Doc#: 18  (See Footnote) | 15,000.00 | 11,000.00 | | 0.00 | FA |
| 11  Motorcycle: 1996 Harley Davidson Sportster  Imported from Amended Doc#: 18 | 6,000.00 | 3,600.00 | | 0.00 | FA |
| **11   Assets   Totals** (Excluding unknown values) | **$184,927.00** | **$48,727.00** | | **$27,092.94** | **$0.00** |

RE PROP# 10    Car is not in good shape, is leaking transmission fluid, has rust and Trustee believes has rebuilt engine.

---

**Major Activities Affecting Case Closing:**

STATUS:  THE TRUSTEE HAS DISBURSED THE FUNDS IN THIS CASE AND THE LAST CHECK CLEARED ON JANUARY 3, 2014.  ONCE THE TRUSTEE RECEIVES THE JANUARY BANK STATEMENTS SHE WILL FILE HER FINAL ACCOUNT.

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-21269  
**Case Name:** ANCHETA, MICHAEL ROBERT  

**Trustee:** (330290)    ILENE F. GOLDSTEIN AS TRUSTEE  
**Filed (f) or Converted (c):** 10/15/12 (c)  
**§341(a) Meeting Date:** 12/07/12  

**Period Ending:** 04/11/14  
**Claims Bar Date:** 04/10/13

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** March 31, 2014    **Current Projected Date Of Final Report (TFR):** November 11, 2013 (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 12-21269  
**Case Name:** ANCHETA, MICHAEL ROBERT  
**Taxpayer ID #:** **-***8877  
**Period Ending:** 04/11/14  

**Trustee:** ILENE F. GOLDSTEIN AS TRUSTEE (330290)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******56-66 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 12/21/12 | | Michael Ancheta | Turnover of Funds | | | 27,092.94 | | 27,092.94 |
| | {3} | | Cash in checking account | 18,726.00 | 1129-000 | | | 27,092.94 |
| | {4} | | ash in Checking account | 8,366.94 | 1129-000 | | | 27,092.94 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 27,067.94 |
| 01/24/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033029088 20130124 | | 9999-000 | | 27,067.94 | 0.00 |
| | | | **ACCOUNT TOTALS** | | | 27,092.94 | 27,092.94 | $0.00 |
| | | | Less: Bank Transfers | | | 0.00 | 27,067.94 | |
| | | | **Subtotal** | | | 27,092.94 | 25.00 | |
| | | | Less: Payments to Debtors | | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | | **$27,092.94** | **$25.00** | |

{} Asset reference(s)

Printed: 04/11/2014 03:50 PM    V.13.15

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 12-21269  
**Case Name:** ANCHETA, MICHAEL ROBERT  
**Taxpayer ID #:** **-***8877  
**Period Ending:** 04/11/14  

**Trustee:** ILENE F. GOLDSTEIN AS TRUSTEE (330290)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******7766 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/25/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 27,067.94 | | 27,067.94 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 41.51 | 27,026.43 |
| 02/26/13 | 10101 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 02/26/2013 FOR CASE #12-21269, Bond Number 016026455 | 2300-000 | | 24.58 | 27,001.85 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.27 | 26,965.58 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.49 | 26,928.09 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 41.31 | 26,886.78 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.95 | 26,846.83 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.03 | 26,810.80 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 42.41 | 26,768.39 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.50 | 26,729.89 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.16 | 26,692.73 |
| 12/13/13 | 10102 | ILENE F. GOLDSTEIN | Dividend paid 100.00% on $3,459.29, Trustee Compensation;  Reference: | 2100-000 | | 3,459.29 | 23,233.44 |
| 12/13/13 | 10103 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Dividend paid 100.00% on $2,905.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 2,905.00 | 20,328.44 |
| 12/13/13 | 10104 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Dividend paid 100.00% on $37.00, Attorney for Trustee Expenses (Trustee Firm);  Reference: | 3120-000 | | 37.00 | 20,291.44 |
| 12/13/13 | 10105 | Discover Bank | Dividend paid 10.07% on $2,094.11; Claim# 1; Filed: $2,094.11; Reference: | 7100-000 | | 210.91 | 20,080.53 |
| 12/13/13 | 10106 | Midland Funding LLC | Dividend paid 10.07% on $185.56; Claim# 2; Filed: $185.56; Reference: | 7100-000 | | 18.69 | 20,061.84 |
| 12/13/13 | 10107 | BACK BOWL I LLC, SERIES C | Dividend paid 10.07% on $9,073.64; Claim# 3; Filed: $9,073.64; Reference: | 7100-000 | | 913.84 | 19,148.00 |
| 12/13/13 | 10108 | Attorney's Title Insurance Fund, Inc., successfor | Dividend paid 10.07% on $171,631.39; Claim# 4; Filed: $171,631.39; Reference: | 7100-000 | | 17,285.66 | 1,862.34 |
| 12/13/13 | 10109 | Dept of Education | Dividend paid 10.07% on $14,819.06; Claim# 6; Filed: $14,819.06; Reference: | 7100-000 | | 1,492.48 | 369.86 |
| 12/13/13 | 10110 | FIA CARD SERVICES, N.A. | Dividend paid 10.07% on $3,672.34; Claim# 7; Filed: $3,672.34; Reference: | 7100-000 | | 369.86 | 0.00 |

|  |  |  |  |  |
|---|---|---|---|---|
| | ACCOUNT TOTALS | | 27,067.94 | 27,067.94 | $0.00 |
| | Less: Bank Transfers | | 27,067.94 | 0.00 | |
| | **Subtotal** | | **0.00** | **27,067.94** | |
| | Less: Payments to Debtors | | | 0.00 | |
| | **NET Receipts / Disbursements** | | **$0.00** | **$27,067.94** | |

{} Asset reference(s)

Printed: 04/11/2014 03:50 PM     V.13.15

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| | |
|---|---|
| **Case Number:** 12-21269 | **Trustee:** ILENE F. GOLDSTEIN AS TRUSTEE (330290) |
| **Case Name:** ANCHETA, MICHAEL ROBERT | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******7766 - Checking Account |
| **Taxpayer ID #:** **-***8877 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 04/11/14 | **Separate Bond:** N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | Net Receipts : | 27,092.94 | | | | |
| | | Net Estate : | $27,092.94 | | | | |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ****-******56-66** | 27,092.94 | 25.00 | 0.00 |
| **Checking # ******7766** | 0.00 | 27,067.94 | 0.00 |
| | $27,092.94 | $27,092.94 | $0.00 |

{} Asset reference(s)   Printed: 04/11/2014 03:50 PM    V.13.15